IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                          No. 03cr20425-Ml

GEORGE ARMSTRONG

ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
UNDER THE SPEEDY TRIAL ACT

This cause came on for an Arraignment on _April 20, 2005_. At this time, the defendant did not appear. Records indicate that the defendant may not have received timely notice of the arraignment. The Government requested a continuance of the arraignment. The Court granted the request and reset the Arraignment date to <u>Wednesday, April 27, 2005, @ 9:30 a.m. before Magistrate Judge Tu M. Pham, Courtroom #6, 3rd floor</u>.

It is therefore ORDERED that the time period of _4/20/05_ through _4/27/05_ is excludable pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(A).

This _20_ day of _April_, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _4-22-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:03-CR-20425 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT