FILED BY _____ D.C.

05 JUL -5 PM 3:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY __JSH__ D.C.

05 JUN 30 PM 3:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

GEORGE ARMSTRONG,

    Defendant.

Cr. No. 03-20425-M1

MOTION GRANTED
Reset to Friday
July 15, 2005 at
9:30 a.m.

/s/ Jon Phipps McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

July 1, 2005
DATE

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the United States of America, by and through Terrell L. Harris, United States Attorney, and Lorraine Craig, Assistant United States Attorney for the Western District of Tennessee, and moves this Honorable Court to continue this case currently set for sentencing on July 8, 2005. The Assistant United States Attorney previously handling this case has recently left the office and the Government is requesting a continuance to allow new counsel adequate time to prepare.

Defendant's counsel Marty McAfee has no objection to this continuance.

    Respectfully submitted,

    TERRELL L. HARRIS
    United States Attorney

By: /s/ Lorraine Craig
    LORRAINE CRAIG
    Assistant United States Attorney
    167 N. Main, Room 800
    Memphis, Tennessee 38103

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __7-5-05__

(97)

## **CERTIFICATE OF SERVICE**

I, Lorraine Craig, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion of the United States has been mailed, first class postage pre-paid, to Marty McAfee, 246 Adams, Memphis, Tennessee 38103.

This __30__ day of June, 2005.

LORRAINE CRAIG
Assistant United States Attorney



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:03-CR-20425 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT