IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE
WESTERN DIVISION

FILED BY_____ D.C.

05 JUL -6  AM 11: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

No.: 03-20425-M

GEORGE ARMSTRONG,

    Defendant.

---

ORDER ON DEFENDANT GEORGE ARMSTRONG'S
MOTION TO CONTINUE

---

This matter came to be heard upon the Motion of the defendant George Armstrong for a continuance the sentencing date in this matter. The Court finds that this motion is well taken and should be granted, and this matter should set for sentencing on _Friday, August 12, 2005 at 8:45 AM_.

IT IS SO ORDERED, this __6th__ day of __July__, 2005.

_____
JUDGE

FILED IN OPEN COURT
DATE: 7/6/05
TIME: 9:25 AM
INITIALS: JPW

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-6-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 101 in case 2:03-CR-20425 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT