IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 03-20425-M1 |
| GEORGE ARMSTRONG, | * | |
| Defendant. | * | |

FILED IN OPEN COURT
DATE: 8/12/05
TIME: 8:45 AM
INITIALS: JPW

## ORDER GRANTING GOVERNMENT'S MOTION
## TO DISMISS COUNTS 2 AND 3 OF SECOND SUPERSEDING INDICTMENT

It is hereby ORDERED that the Government's Motion To Dismiss Counts 2 and 3 of the Second Superseding Indictment in the above-entitled and numbered criminal case as to George Armstrong is hereby GRANTED.

DONE at Memphis, Tennessee, this 12th day of August, 2005

_____
UNITED STATES DISTRICT JUDGE

APPROVED: _____
Lorraine Craig
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:03-CR-20425 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT